Anthony Quentin KELLY,
Plaintiff-Appellant,

v.

Warden Frank B. BISHOP, Jr.; Department of Public Safety and Correctional Services, Defendants-Appellees.

No. 16-7399

United States Court of Appeals,
Fourth Circuit.

Submitted: February 17, 2017

Decided: February 24, 2017

Anthony Quentin Kelly, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Bishop, No. 1:15-cv-03795-RDB (D. Md. Sept. 27, 2016). We deny Kelly's motions to participate in oral argument, to reconsider, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

AFFIRMED